| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on April 22, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>  MARY A. NELSON | Case No.:  19-12351RG<br><br>Hearing Date:  4/17/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 22, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 19-12351RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 04/17/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay April's plan payment by 4/27/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that Debtor must provide all documents necessary in order to conduct a 341(a) meeting by 4/27/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/5/2019 at 8:30 a.m..

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12351-RG
Mary A. Nelson                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: Apr 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db             +Mary A. Nelson,    74 Eppirt Street,    East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o
           Gregory Funding LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com,
           r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 8