UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085227B

In Re:

Mary A. Nelson

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12351-RG

Hearing Date: N/A

Judge: Rosemary Gambardella

# CONSENT ORDER
## CONFIRMING STAY NOT IMPOSED

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Mary A. Nelson
Case No: 19-12351-RG
Caption of Order: Consent Order Confirming Stay Not Imposed

This matter having come before the Court on application of the Secured Creditor/Mortgagee, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esq., appearing (the "Mortgagee"), and the Debtor, Mary Nelson, by and through counsel, Walter Nealy, Esq., appearing (the Debtor") (individually/collectively, the "Party" or "Parties") having consented hereto and good cause having been shown,

It is, on this _____ day of ____, 2019, UNDERSTOOD, AGREED, STIPULATED, AND ORDERED as follows:

1. Gordon Nelson is the record owner of real property (the "Mortgaged Property") known as 74 Eppirt St, East Orange, New Jersey 07018. On July 20, 2007 Gordon Nelson executed and delivered to Chase Bank USA, N.A. a promissory note (the "Note") in the original amount of $220,000. Simultaneously therewith, as security for the obligations under the Note (the "Debt"), Gordon Nelson and Barbara Nelson ("the Mortgagors") executed a mortgage (the "Mortgage") encumbering the Mortgaged Property, recorded on August 14, 2007, in Book 12079, at Page: 7456, Instrument number 7102838. The Debtor herein, Mary Nelson, is not an owner of the Mortgaged Property and is not liable on the Debt evidenced by the Note and secured by the Mortgage.

2. The Debtor will not treat, and will not seek to impair, the Mortgage via the within reorganization; and

3. The Automatic Stay is not imposed upon the Mortgagee by the filing or pendency of the within reorganization; and

4. The Mortgagee and Mortgagor may communicate regarding the Debt and the Mortgagee may avail themselves of their state court rights and remedies pursuant to the loan documents and applicable non-bankruptcy law.

**Page 3**
Debtor: Mary A. Nelson
Case No: 19-12351-RG
Caption of Order: Consent Order Confirming Stay Not Imposed

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC                WALTER D. NEALY, ESQUIRE

By: /s/ Rob Saltzman                          By: /s/ Walter Nealy
    Rob Saltzman, Esquire                        Walter Nealy, Esquire
    Attorneys for the Mortgagee                  Attorney for the Debtor


RAYMOND & RAYMOND

By: /s/ Kevin de Lyon
    Kevin de Lyon, Esquire
    Attorneys for Gordon Nelson