

**Order Filed on May 13, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Mary A. Nelson | Case No.: _____19-12351_____<br>Chapter: _____13_____<br>Hearing Date: _____<br>Judge: _____RG_____ |

## ORDER VACATING

### Consent Order Confirming Stay Not Imposed

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Consent Order Confirming Stay Not Imposed

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated      05/07/2019     , be and the same is hereby vacated.

*revised 2/25/14*