Order Filed on May 13, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-12351 |
|---|---|---|
| Mary A. Nelson | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | RG |

**ORDER VACATING**

Consent Order Confirming Stay Not Imposed

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Consent Order Confirming Stay Not Imposed

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____05/07/2019_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Mary A. Nelson  
      Debtor

Case No. 19-12351-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 13, 2019  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.  
db        +Mary A. Nelson,   74 Eppirt Street,   East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com  
           Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o Gregory Funding LLC dnj@pbslaw.org  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
           William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                          TOTAL: 8