UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085227B

In Re:

Mary A. Nelson

Order Filed on May 13, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.: 19-12351-RG

Hearing Date: N/A

Judge: Rosemary Gambardella

**CONSENT ORDER
CONFIRMING STAY NOT IMPOSED**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: May 13, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Mary A. Nelson
Case No: 19-12351-RG
Caption of Order: Consent Order Confirming Stay Not Imposed

This matter having come before the Court on application of the Secured Creditor/Mortgagee, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esq., appearing (the "Mortgagee"), and the Debtor, Mary Nelson, by and through counsel, Walter Nealy, Esq., appearing (the Debtor") (individually/collectively, the "Party" or "Parties") having consented hereto and good cause having been shown,

It is, on this _____ day of ____, 2019, UNDERSTOOD, AGREED, STIPULATED, AND ORDERED as follows:

1. Gordon Nelson is the record owner of real property (the "Mortgaged Property") known as 74 Eppirt St, East Orange, New Jersey 07018. On July 20, 2007 Gordon Nelson executed and delivered to Chase Bank USA, N.A. a promissory note (the "Note") in the original amount of $220,000. Simultaneously therewith, as security for the obligations under the Note (the "Debt"), Gordon Nelson and Barbara Nelson ("the Mortgagors") executed a mortgage (the "Mortgage") encumbering the Mortgaged Property, recorded on August 14, 2007, in Book 12079, at Page: 7456, Instrument number 7102838. The Debtor herein, Mary Nelson, is not an owner of the Mortgaged Property and is not liable on the Debt evidenced by the Note and secured by the Mortgage.

2. The Debtor will not treat, and will not seek to impair, the Mortgage via the within reorganization; and

3. The Automatic Stay is not imposed upon the Mortgagee by the filing or pendency of the within reorganization; and

4. The Mortgagee and Mortgagor may communicate regarding the Debt and the Mortgagee may avail themselves of their state court rights and remedies pursuant to the loan documents and applicable non-bankruptcy law.

**Page 3**
Debtor: Mary A. Nelson
Case No: 19-12351-RG
Caption of Order: Consent Order Confirming Stay Not Imposed

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC                    WALTER D. NEALY, ESQUIRE

By:  /s/ Rob Saltzman                             By:  /s/ Walter Nealy
    Rob Saltzman, Esquire                             Walter Nealy, Esquire
    Attorneys for the Mortgagee                       Attorney for the Debtor


RAYMOND & RAYMOND

By:  /s/ Kevin de Lyon
    Kevin de Lyon, Esquire
    Attorneys for Gordon Nelson

United States Bankruptcy Court
District of New Jersey

In re:  
Mary A. Nelson  
       Debtor

Case No. 19-12351-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: May 13, 2019  
                             Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.  
db           +Mary A. Nelson,   74 Eppirt Street,   East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann  Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com  
       Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o Gregory Funding LLC dnj@pbslaw.org  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
       William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                       TOTAL: 8