# EXHIBIT A

## DANA RONE
### ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES



Hall of Records
465 Martin Luther King Jr Blvd
Room 130
Newark, NJ 07102
(973) 621-4960

\*RETURN DOCUMENT TO:
NOVLET LAWRENCE, ESQ
55 WASHINGTON STREET
SUITE 304
EAST ORANGE, NJ 07017

**Instrument Number - 2016020536**
Recorded On 3/9/2016 At 2:33:47 PM
\* Instrument Type - DEED
Invoice Number - 39601    User ID: KWG
\* Grantor - NELSON, MARY A
\* Grantee - NELSON, MARY A
\* PARCEL IDENTIFICATION NUMBER
   Block: 252 Lot: 14 - EAST ORANGE

\*Total Pages - 9

\* FEES
  NJ PRESERVATION ACCOUNT   $50.00
  REGISTER RECORDING FEE    $60.00
  HOMELESSNESS TRUST FUND    $3.00
  TOTAL PAID               $113.00

I hereby CERTIFY that this document is Recorded in the Register of Deeds & Mortgages Office of Essex County, New Jersey



Dana Rone
Register of Deeds & Mortgages

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - 2016020536


001000

# QUIT CLAIM DEED

Prepared by:

_____
Novlet Lawrence, Esq.

This **DEED** is made on *February 20,* 2016

Between **MARY A. NELSON, MARTHA M. NELSON,** and **CLEOPAS E. FORRIS** whose address is 80 N. Oraton Parkway, East Orange, NJ 07017 referred to as **Grantor(s)**,

And **MARY A. NELSON and MARTHA M. NELSON** whose address is 80 N. Oraton Parkway, East Orange, NJ 07017 referred to as the **Grantee(s)**

The words "Grantor" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership. The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of **$1.00, and other valuable consideration.**

The Grantor acknowledges receipt of this money.

Tax Map Reference. (N.J.S.A. 46: 15-2.1) Municipality of **EAST ORANGE, NEW JERSEY, Block No. 252, Lot 14**

---No property tax identification number is available on the date of this Deed. (Check box if applicable.)

Property. The property consists of the land and all the buildings and structures on the land in the of **municipality of East Orange, County of Essex** and State of New Jersey. The legal description:

**SEE ATTACHED SCHEDULE 1**

**BEING** the same premises commonly known as 80 N. Oraton Parkway, East Orange, NJ 07017

**BEING** further known as , **Block No. 252, Lot 14** as set forth on the current tax map of the **municipality of East Orange, County of Essex, and State of New Jersey**

**BEING the** same premises conveyed to the grantors herein by deed from Mary Nelson, Martha Nelson dated March 14, 2008 and recorded on May 6, 2008 in the Essex County

Register's Office in Deed Book 12134 at page 666.

This conveyance is subject to all easements and restrictions of record, if any; to all ordinances and regulations which affect the property, if any; and to all encroachments and overlaps which affect the property, if any; and to such facts as a survey and inspection would disclose.

Promises by Grantor. The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts." N.J.S.A. 46: 4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

Signatures. The Grantor signs this Deed as of the date at the top of the first page. If the Grantor is a corporation, this Deed is signed and attested to by its proper corporate officer and its corporate seal is affixed.

Witness or Attested by:

_____
Mary A. Nelson, Grantor

_____
Martha N. Nelson, Grantor

_____
Cleopas E. Forris, Grantor

_____
Witness as to signature of Mary A. Nelson

CLINTON ROBINSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 23, 2020

_____
Witness as to signature of Martha N. Nelson

CLINTON ROBINSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 23, 2020

_____
Witness as to signature of Cleopas E. Forris

HOMER W. RICHARDSON
NOTARY PUBLIC, State of New York
No. 02RI6142334
Qualified in Kings County
Commission Expires March 20, 2018

STATE OF NEW JERSEY:
                    SS:
COUNTY OF ESSEX    :

    I CERTIFY that on __1st Day of March__, 2016, Mary A. Nelson, and Martha N. Nelson, **Grantors** personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):

(a)    is named in and personally signed this Deed;
(b)    signed, sealed and delivered this Deed as his or her act and deed; and
(c)    made this Deed for **$1.00, and other valuable consideration** being full consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5).

_____
A Notary Public of the State of New Jersey

**CLINTON ROBINSON**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES AUG. 23, 2020**

STATE OF __New York__    :
                SS:
COUNTY OF __Kings__    :

    I CERTIFY that on __February 20__, 2016, **Cleopas E. Forris**, **Grantor** personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):

(a)    is named in and personally signed this Deed;
(b)    signed, sealed and delivered this Deed as his or her act and deed; and
(c)    made this Deed for **$1.00 and other valuable consideration** being full consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5).

_____
A Notary Public of the State of __New York__

HOMER W. RICHARDSON
NOTARY PUBLIC, State of New York
No. 02RI6142894
Qualified in Kings County
Commission Expires March 20, 2018

**PLEASE RECORD AND RETURN TO:**
Novlet Lawrence, Esq.
55 Washington Street, Suite 304
East Orange, NJ 07017

GIT/REP-3
(9-2015)

State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION

(Please Print or Type)

### SELLER'S INFORMATION

Name(s)
CLEOPAS E. FORRIS

Current Street Address
80 N. Oraton Parkway,        East Orange,        NJ        07017
City, Town, Post Office Box        State        Zip Code

### PROPERTY INFORMATION

Block(s)        Lot(s)        Qualifier
Block No. 252,        Lot 14

Street Address
80 N. Oraton Parkway,        East Orange,        NJ        07017
City, Town, Post Office Box        State        Zip Code

Seller's Percentage of Ownership: 33-1/3%
Total Consideration: $1.00
Owner's Share of Consideration:
Closing Date:

### SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. ☐ Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. ☐ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☐ Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. ☐ The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. ☐ The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
   ☐ Seller did not receive non-like kind property.
8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. ☐ The deed is dated prior to August 1, 2004, and was not previously recorded.
11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. ☐ The property transferred is a cemetery plot.
14. ☒ The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

2-20-2016
Date

_[Signature]_
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

_____
Date

Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

State of New Jersey
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**

GIT/REP-3
(9-2015)

(Please Print or Type)

## SELLER'S INFORMATION

Name(s)
MARY A. NELSON

Current Street Address
80 N. Oraton Parkway,   East Orange,   NJ   07017
City, Town, Post Office Box         State         Zip Code

## PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| Block No. 252, | Lot 14 | |

Street Address
80 N. Oraton Parkway,   East Orange,   NJ   07017
City, Town, Post Office Box         State         Zip Code

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 33-1/3% | $1.00 | | |

## SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. [ ] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. [ ] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
    [ ] Seller did not receive non-like kind property.
8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.
11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. [ ] The property transferred is a cemetery plot.
14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

## SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

_3/11/16_                                _[signature]_
Date                                     Signature
                                         (Seller) Please indicate if Power of Attorney or Attorney in Fact

_____                          _____
Date                                     Signature
                                         (Seller) Please indicate if Power of Attorney or Attorney in Fact

GIT/REP-3
(9-2015)

**State of New Jersey**
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**

(Please Print or Type)

### SELLER'S INFORMATION

Name(s)
MARTHA N. NELSON

Current Street Address
80 N. Oraton Parkway,                East Orange,                NJ                07017
City, Town, Post Office Box                                      State              Zip Code

### PROPERTY INFORMATION

Block(s)                    Lot(s)                          Qualifier
Block No. 252, Lot 14

Street Address
80 N. Oraton Parkway,                East Orange,                NJ                07017
City, Town, Post Office Box                                      State              Zip Code

Seller's Percentage of Ownership    Total Consideration    Owner's Share of Consideration    Closing Date
33-1/3%                              $1.00

### SELLER'S ASSURANCES (Check the Appropriate Box)  (Boxes 2 through 14 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. [ ] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. [ ] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION).  If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
   [ ] Seller did not receive non-like kind property.
8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.
11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. [ ] The property transferred is a cemetery plot.
14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.  By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

3/01/2016                                    _[signature]_
Date                                         Signature
                                             (Seller) Please indicate if Power of Attorney or Attorney in Fact

_____                      _____
Date                                         Signature
                                             (Seller) Please indicate if Power of Attorney or Attorney in Fact

SCHEDULE "A"

1-00450183

All the real property located in the City of East Orange, County of Essex State of New Jersey and being further described as follows:

BEGINNING at the corner formed by the intersection of the Southeasterly side line of North Oraton Parkway (fka North Parkway) and the Southwesterly side line of New Street and running thence

1. Along the Southeasterly side line of North Oraton Parkway (fka North Parkway) South 29 degrees 33 minutes West a distance of 35.00 feet; thence

2. South 60 degrees 27 minutes East a distance of 110.00 feet; thence

3. North 29 degrees 33 minutes East a distance of 35.77 feet to the Southwesterly line of New Street; thence

4. Along the Southwesterly line of New Street North 60 degrees 51 minutes West a distance of 110.00 feet to the point and place of BEGINNING.

The above description being in accordance with a survey prepared by William Held Associates Inc., dated 6-30-2004.

Block: 252 Lot: 14

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE

# AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER
STATE OF NEW JERSEY
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY } SS. County Municipal Code
COUNTY  ESSEX    07017

**FOR RECORDER'S USE ONLY**
Consideration $ 1.00
RTF paid by seller $
Date 2/20/16   By KWG

MUNICIPALITY OF PROPERTY LOCATION  EAST ORANGE,
*Use symbol "C" to indicate that fee is exclusively for county use.

(1) PARTY OR LEGAL REPRESENTATIVE (See Instructions #3 and #4 on reverse side)

Deponent, Martha Nelson, being duly sworn according to law upon his/her oath,
deposes and says that he/she is the President of the Grantor Church in a deed dated February 2016 transferring
real property identified as Block number 252  Lot number 14  located at
80 N. Oraton Parkway, East Orange, NJ 07017  and annexed thereto.

(2) CONSIDERATION $ 1.00 (Instructions #1 and #5 on reverse side) [ ] no prior mortgage to which property is subject.

(3) Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:
(See Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation
$_____ ÷ _____% = $_____
If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) FULL EXEMPTION FROM FEE (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
8(a) For consideration of less than $100

(5) PARTIAL EXEMPTION FROM FEE (Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN   Grantor(s) [ ] 62 years of age or over. * (Instruction #9 on reverse side for A or B)
B. { BLIND PERSON   Grantor(s) [ ] legally blind; *
     DISABLED PERSON Grantor(s) [ ] permanently and totally disabled [ ] receiving disability payments [ ] not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
[ ] Owned and occupied by grantor(s) at time of sale.   [ ] Resident of State of New Jersey.
[ ] One or two-family residential premises.   [ ] Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (Instruction #9 on reverse side)
[ ] Affordable according to H.U.D. standards.   [ ] Reserved for occupancy.
[ ] Meets income requirements of region.   [ ] Subject to resale controls.

(6) NEW CONSTRUCTION (Instructions #2, #10 and #12 on reverse side)
[ ] Entirely new improvement.   [ ] Not previously occupied.
[ ] Not previously used for any purpose.   [ ] "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES (Instructions #5, #12, #14 on reverse side)
[ ] No prior mortgage assumed or to which property is subject at time of sale.
[ ] No contributions to capital by either grantor or grantee legal entity.
[ ] No stock or money exchanged by or between grantor or grantee legal entities.

(8) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 1st day of March, 2016

_Signature of Deponent_  Martha Nelson
_Grantor Name_  Martha Nelson

CLINTON ROBINSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 23, 2020

Deponent Address
XXX-XXX-1759
Last three digits in Grantor's Social Security Number

Grantor Address at Time of Sale
80 N. Oraton Pkwy, E. Orange, NJ
Name/Company of Settlement Officer

* Instrument # 20160020536

FOR OFFICIAL USE ONLY
Instrument Number *   County ESSEX
Deed Number _____   Book _____   Page _____
Deed Dated 02/20/16   Date Recorded 3/9/2016

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:
STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at:
www.state.nj.us/treasury/taxation/lpt/localtax.htm