| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br><br>IN RE:<br><br>  MARY A. NELSON | <br><br>Order Filed on June 7, 2019 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.: 19-12351RG<br><br>Hearing Date: 6/5/2019<br><br>Judge: ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 7, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  19-12351RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 06/05/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $2,433.00 by 6/6/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that Debtor must pay the Trustee 2,433.00 by 6/12/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/19/2019 at 8:30 a.m.