

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>      MARY A. NELSON | Case No.:  19-12351<br><br>Hearing Date:  08/21/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED:** August 21, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): MARY A. NELSON

Case No.: 19-12351RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/21/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/21/2019 of the plan filed on 08/15/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/26/2019 or the case will be dismissed; and it is further

ORDERED, that debtor must provide the Trustee with proof of homeowner's insurance by 8/26/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 9/18/2019 at 8:30:00AM.