Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12351−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary A. Nelson
   74 Eppirt Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1760

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/19/19 and a confirmation hearing on such Plan has been scheduled for 4/17/19.

The debtor filed a Modified Plan on 8/28/19 and a confirmation hearing on the Modified Plan is scheduled for 10/2/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 28, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mary A. Nelson  
    Debtor

Case No. 19-12351-RG  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 2                  Date Rcvd: Aug 28, 2019
                               Form ID: 186             Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db             +Mary A. Nelson,    74 Eppirt Street,    East Orange, NJ 07018-2505
cr             +U.S. Bank National Association, as Indenture Trust,    P.O. Box 25430,    Portland, OR 97298-0430
518009987       CitiMortgage, Inc.,    P.O. Box 6889741,    Des Moines, IA 50368-8971
518144713       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
518313722      +CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
518313723      +CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ, 08618,
                 CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
518009990      +Docket F 052591-14,    Superior Court of NJ,    Chancery Div. Equity Part,    212 Washington St.,
                 8th Floor,    Newark, NJ 07102-2904
518411731      +East Orange Water Commission,    99 South Grove,    East Orange, New Jersey 07018-4108
518011650      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518009988      +Powers Kirn, LLC,    728 Marne Hwy,    Ste 200,    Moorestown, NJ 08057-3128
518009989       Sheriff's File 17006703,    Office of the Sheriff,    Essex County Veterans Courthouse,
                 Newark, NJ 07102
518183336       U.S. Bank National Association,    c/o Gregory Funding LLC,    PO Box 742334,
                 Los Angeles, CA 90074-2334
518009991      +US Dept of Housing and,    Urban Development,    451 7th Street SW,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2019 23:48:34     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2019 23:48:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2019 23:52:37      Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
518158089      +E-mail/Text: g20956@att.com Aug 28 2019 23:49:04     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
518045171      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 00:04:12
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518145194       E-mail/Text: bankruptcy@glsllc.com Aug 28 2019 23:45:57     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518026185      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2019 23:53:45
                 Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk VA 23541-1021
518064491      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2019 23:48:46     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o
               Gregory Funding LLC dnj@pbslaw.org
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: 186             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com,
          r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          TOTAL: 9