UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2014-2714

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.

In Re:

Mary A. Nelson

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 2 - 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.:  19-12351-RG

Hearing Date: 09/18/2019

Judge:  Honorable Rosemary Gambardella

Chapter:  13

## ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

10-2-19

/s/ Rosemary Gambardella
USBJ

Page 2
Debtor: Mary A. Nelson
Case No.: 19-12351-RG
Caption of Order:    ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

Upon the Motion for Assignment of Rents, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., with respect to 80 North Oraton Parkway, East Orange, NJ 07017, appearing and for cause shown, it is

**ORDERED** as follows:

1. The Debtor(s) shall produce leases by September 26, 2019.

2. The Debtor(s) shall produce accounting of rents by September 26, 2019.

3. The Debtor's Attorney has until September 24, 2019 to submit a letter meme regarding feasability and why a cram down should be permissible in this case and the Creditor can submit a reply by September 30, 2019

4. This matter is hereby adjourned and shall be considered on October 2, 2019

5. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.