| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) 2014-2714 Powers Kirn, LLC ecf@powerskirn.com 728 Marne Highway, Suite 200 Moorestown, NJ 08057 856-802-1000 Attorney for CitiMortgage, Inc. | **FILED** JEANNE A. NAUGHTON, CLERK OCT 2 - 2019 U.S. BANKRUPTCY COURT NEWARK, N.J. BY _____ DEPUTY |
| In Re: Mary A. Nelson | Case No.: 19-12351-RG Hearing Date: 09/18/2019 Judge: Honorable Rosemary Gambardella Chapter: 13 |

## ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

10-2-19    /s/ Rosemary Gambardella
                USBJ

Page 2
Debtor: Mary A. Nelson
Case No.: 19-12351-RG
Caption of Order:    ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

Upon the Motion for Assignment of Rents, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., with respect to 80 North Oraton Parkway, East Orange, NJ 07017, appearing and for cause shown, it is

**ORDERED** as follows:

1. The Debtor(s) shall produce leases by September 26, 2019.

2. The Debtor(s) shall produce accounting of rents by September 26, 2019.

3. The Debtor's Attorney has until September 24, 2019 to submit a letter meme regarding feasability and why a cram down should be permissible in this case and the Creditor can submit a reply by September 30, 2019

4. This matter is hereby adjourned and shall be considered on October 2, 2019

5. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-12351-RG
Mary A. Nelson                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 02, 2019
                   Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
db         +Mary A. Nelson,   74 Eppirt Street,   East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   Global Lending Services, LLC rsolarz@kmllawgroup.com
        Robert P. Saltzman   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o Gregory Funding LLC dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Walter D. Nealy   on behalf of Debtor Mary A. Nelson nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
        William M. E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
        William M.E. Powers   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                      TOTAL: 9