UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2014-2714

**Powers Kirn, LLC**
ecf@powerskirn.com
William M. E. Powers III, Esq.
Angela C. Pattison, Esq.
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for CitiMortgage, Inc.

In Re:

Mary A. Nelson

Debtor(s)

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 3 - 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 19-12351-RG

Chapter: 13

Hearing Date: June 12, 2019

Judge: Honorable Rosemary Gambardella

Recommended Local Form:     ☐ Followed     ☒ Modified

# ORDER ENFORCING ASSIGNMENT OF RENTS, REQUIRING PRODUCTION AND TURNOVER OF RENTS

The relief set forth on the following page is hereby **ORDERED**.

10-3-19

/s/ Rosemary Gambardella
USBJ

Upon the motion of Powers Kirn, LLC, Attorneys for CitiMortgage, Inc., Debtor(s)' mortgagee, for an Order to enforce an assignment of rents, to require production of lease with an accounting and turnover over of rents collected, and for cause shown, it is

**ORDERED** that the movant, its successor or assigns is hereby authorized to enforce the assignment of rents as to real property commonly known as 80 North Oraton Parkway, East Orange, NJ 07017, and it is further

**ORDERED** that the Debtor is hereby prohibited from using rental income derived from the subject property, and it is further

**ORDERED** the Debtor is hereby required to produce, within 10 days of entry of this order, an accounting for the property, including by not limited to a rent roll reflecting all rents collected, unpaid rents currently due, copies of all leases, and a certification as to the existence or non-existence of any security deposits held and provide movant's attorney with the name of the banking institution, location and account number where security deposits are currently held to the extent that such exist, and it is further

**ORDERED** that the Debtor shall turnover the rental income collected after filing the instant bankruptcy proceeding, and it is further

**ORDERED** to the extent that the Debtor might have paid rents that are currently in the possession of the Trustee or otherwise held in escrow, those funds shall not be disbursed under the Debtor's plan or returned to the Debtor, but rather shall be paid over to the movant even if the instant case is dismissed.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Mary A. Nelson  
    Debtor

Case No. 19-12351-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1                Date Rcvd: Oct 03, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db             +Mary A. Nelson,    74 Eppirt Street,    East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o Gregory Funding LLC dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
      William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                          TOTAL: 9