UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2014-2714

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.



**Order Filed on October 17, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Mary A. Nelson

Case No.:   19-12351-RG

Hearing Date: 10/3/2019

Judge:   Honorable Rosemary Gambardella

Chapter:  13

## ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)    is

hereby **ORDERED**.

**DATED: October 17, 2019**

Rosemary Gambardella
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**

Debtor: Mary A. Nelson

Case No.: 19-12351-RG

Caption of Order:    ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

Upon the Motion for Prospective Relief and Confirmation, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., with respect to 80 North Oraton Parkway, East Orange, NJ 07017, appearing and for cause shown, it is

**ORDERED** as follows:

1.      The Creditor's Attorney has until October 17, 2019 to submit an affidavit and letter memorandum regarding why the creditor is protected by anti-modification and feasability.

2.      The Debtor's Attorney has until October 31, 2019 to submit an affidavit and letter memorandum in opposition regarding feasability and why a cram down should be permissible.

3.      The Creditor's Attorney has until November 7, 2019 to submit a reply.

4.      This matter is hereby adjourned and shall be considered and heard on November 13, 2019 at 11:00am.

5.      The Motion for Stay Relief and Prospective In Rem Relief and Confirmation are adjourned until December 4, 2019 at 10:00am.

6.      The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.