UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2014-2714

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.

In Re:

Mary A. Nelson

**Order Filed on October 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   19-12351-RG

Hearing Date: 10/3/2019

Judge:   Honorable Rosemary Gambardella

Chapter:   13

## ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: October 17, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Mary A. Nelson
Case No.: 19-12351-RG
Caption of Order:   ORDER ADJOURNING HEARING AND PROVIDING OTHER RELIEF

Upon the Motion for Prospective Relief and Confirmation, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., with respect to 80 North Oraton Parkway, East Orange, NJ 07017, appearing and for cause shown, it is

**ORDERED** as follows:

1.   The Creditor's Attorney has until October 17, 2019 to submit an affidavit and letter memorandum regarding why the creditor is protected by anti-modification and feasability.

2.   The Debtor's Attorney has until October 31, 2019 to submit an affidavit and letter memorandum in opposition regarding feasability and why a cram down should be permissible.

3.   The Creditor's Attorney has until November 7, 2019 to submit a reply.

4.   This matter is hereby adjourned and shall be considered and heard on November 13, 2019 at 11:00am.

5.   The Motion for Stay Relief and Prospective In Rem Relief and Confirmation are adjourned until December 4, 2019 at 10:00am.

6.   The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12351-RG
Mary A. Nelson                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Oct 18, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Mary A. Nelson,    74 Eppirt Street,    East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o
               Gregory Funding LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com,
               r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
              William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 9