| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2014-2714<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for CitiMortgage, Inc. | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>DEC 19 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Mary A. Nelson | Case No.: 19-12351-RG<br><br>Hearing Date: 12/04/2019<br><br>Judge: Honorable Rosemary Gambardella<br><br>Chapter: 13 |

## ORDER GRANTING PROSPECTIVE RELIEF WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

12-19-19                    /s/ Rosemary Gambardella
                                        USBJ

**Page 2**
Debtor: Mary A. Nelson
Case No.: 19-12351-RG
Caption of Order:    ORDER GRANTING PROSPECTIVE RELIEF WITH CONDITIONS

Upon the Motion for Order Vacating Automatic Stay and Allowing Prospective Relief as to real property commonly known as 80 North Oraton Parkway, East Orange, NJ 07017, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., appearing and for cause shown, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 80 North Oraton Parkway, East Orange, NJ 07017.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant, its successors and assigns are granted prospective relief as to the subject property, 80 North Oraton Parkway, East Orange, NJ 07017, and may proceed without further Order of this Court for the next nine (9) months from entry of this order in the event of any bankruptcy filed subsequent to the commencement of the instant case.

It is further ORDERED that should the debtor or co-debtor file a new bankruptcy case within the next nine (9) months, no stay will be in place.

It is further ORDERED that the movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.