UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2014-2714

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.

In Re:

Mary A. Nelson

Case No.: 19-12351-RG

Hearing Date: 12/04/2019

Judge: Honorable Rosemary Gambardella

Chapter: 13

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 19 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER REGARDING RELEASE OF FUNDS HELD BY STANDING TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

12-19-19

_____
Rosemary Gambardella
USBJ

**Page 2**
Debtor: Mary A. Nelson
Case No.: 19-12351-RG
Caption of Order: ORDER REGARDING RELEASE OF FUNDS HELD BY STANDING TRUSTEE

Upon the Motion for Order Enforcing Assignment of Rents, Requiring Production of Accounting and Turnover of Rents, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., with respect to 80 North Oraton Parkway, East Orange, NJ 07017, appearing and for cause shown, it is

**ORDERED** as follows:

1. As the case is being dismissed, the funds being held by the Standing Trustee shall be released as follows:

   A) The Standing Trustee shall disburse $6,000.00 payable to Cenlar FSB servicing agent for CitiMortgage, Inc., which represents ten (10) months of rent in the amount of $600.00 per month in accordance with the October 3, 2019 Order Enforcing Assignment of Rents.

   B) The Standing Trustee shall disburse $2,750.00 to Walter Nealy for the balance of his attorney fees owed by the debtor.

   C) The Standing Trustee shall disburse the remainder of funds on hand to the debtor.

2. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.