Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−12351−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary A. Nelson
   74 Eppirt Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1760

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 20, 2019
JAN: slm

        Jeanne Naughton
        Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-12351-RG
Mary A. Nelson                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin                Page 1 of 2         Date Rcvd: Dec 20, 2019
                             Form ID: 148               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Mary A. Nelson,    74 Eppirt Street,    East Orange, NJ 07018-2505
cr             +U.S. Bank National Association, as Indenture Trust,    P.O. Box 25430,    Portland, OR 97298-0430
518144713      #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
518009987       CitiMortgage, Inc.,    P.O. Box 6889741,    Des Moines, IA 50368-8971
518313722      +CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
518313723      +CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ, 08618,
                 CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
518009990      +Docket F 052591-14,    Superior Court of NJ,    Chancery Div. Equity Part,    212 Washington St.,
                 8th Floor,    Newark, NJ 07102-2904
518411731      +East Orange Water Commission,    99 South Grove,    East Orange, New Jersey 07018-4108
518011650      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518009988      +Powers Kirn, LLC,    728 Marne Hwy,    Ste 200,    Moorestown, NJ 08057-3128
518009989       Sheriff's File 17006703,    Office of the Sheriff,    Essex County Veterans Courthouse,
                 Newark, NJ 07102
518183336       U.S. Bank National Association,    c/o Gregory Funding LLC,    PO Box 742334,
                 Los Angeles, CA 90074-2334
518009991      +US Dept of Housing and,    Urban Development,    451 7th Street SW,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2019 00:56:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2019 00:56:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PRA.COM Dec 21 2019 05:33:00      Orion,    c/o PRA Receivables Management LLC,    POB 41021,
                 Norfolk, VA 23541-1021
518158089      +EDI: CINGMIDLAND.COM Dec 21 2019 05:33:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518045171      +EDI: AIS.COM Dec 21 2019 05:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518145194       E-mail/Text: bankruptcy@glsllc.com Dec 21 2019 00:54:00     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518026185      +EDI: PRA.COM Dec 21 2019 05:33:00      Orion Portfolio Services, LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518064491      +EDI: JEFFERSONCAP.COM Dec 21 2019 05:33:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518064491      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2019 00:56:59     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Dec 20, 2019
                              Form ID: 148               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o
           Gregory Funding LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com,
           r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                                                TOTAL: 9