| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2014-2714<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for CitiMortgage, Inc. | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>DEC 19 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Mary A. Nelson | Case No.: 19-12351-RG<br><br>Hearing Date: 12/04/2019<br><br>Judge: Honorable Rosemary Gambardella<br><br>Chapter: 13 |

## ORDER REGARDING RELEASE OF FUNDS HELD BY STANDING TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

12-19-19        /s/ Rosemary Gambardella
                        USBJ

Page 2
Debtor: Mary A. Nelson
Case No.: 19-12351-RG
Caption of Order: ORDER REGARDING RELEASE OF FUNDS HELD BY STANDING TRUSTEE

Upon the Motion for Order Enforcing Assignment of Rents, Requiring Production of Accounting and Turnover of Rents, and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., with respect to 80 North Oraton Parkway, East Orange, NJ 07017, appearing and for cause shown, it is

**ORDERED** as follows:

1. As the case is being dismissed, the funds being held by the Standing Trustee shall be released as follows:

   A) The Standing Trustee shall disburse $6,000.00 payable to Cenlar FSB servicing agent for CitiMortgage, Inc., which represents ten (10) months of rent in the amount of $600.00 per month in accordance with the October 3, 2019 Order Enforcing Assignment of Rents.

   B) The Standing Trustee shall disburse $2,750.00 to Walter Nealy for the balance of his attorney fees owed by the debtor.

   C) The Standing Trustee shall disburse the remainder of funds on hand to the debtor.

2. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Mary A. Nelson  
     Debtor

Case No. 19-12351-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 20, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.  
db        +Mary A. Nelson,   74 Eppirt Street,   East Orange, NJ 07018-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2017-C, Mortgage-Backed Notes c/o Gregory Funding LLC dnj@pbslaw.org  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        Walter D. Nealy    on behalf of Debtor Mary A. Nelson nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
        William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
        William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                        TOTAL: 9